IN THE MATTER OF THE WILL OF SARA B. COX, DECEASED.

(Filed 9 May 1962.)

APPEAL by propounders from *Hobgood, J.,* September-October 1961 Term, COLUMBUS Superior Court.

The background of this case is set forth in a former appeal reported in 254 N.C. 90, 118 S.E. 2d 17. Judge Hobgood conducted the inquiry to ascertain whether Winifred B. Fuller and Bernard J. Baggett had notice of, or participated in, the caveat proceeding. After hearing much evidence, including unequivocal denial of notice by appellees, Judge Hobgood found as a fact: "That Winifred B. Fuller and Bernard J. Baggett were not cited or given any notice whatsoever with respect to the caveat proceeding filed on November 14, 1955, and had no knowl-edge thereof." The court adjudged: "That as to Winifred B. Fuller

and Bernard J. Baggett, and each of them, the judgment entered . . . November 9, 1955, probating in common and solemn form the paper writing purporting to be the last will and testament of Sara B. Cox, shall be, and the same is hereby vacated and set aside. This the 4th day of October, 1961."

The propounders excepted and appealed.

*D. Jack Hooks, D. F. McGoughan, Jr., Powell & Powell, W. B. Rogers, for propounders, appellants.*

*J. B. Eure, Jordan, Wright, Henson & Nichols, Rodman & Rodman, John A. Wilkinson for caveators, appellees.*

PER CURIAM.  Judge Hobgood conducted a hearing and made findings of fact as directed by this Court in the former opinion. That opinion, as supplemented by Judge Hobgood's findings and judgment, becomes the law of the case. The order upon which the present appeal is taken is
Affirmed.